1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT MAURICIO PENATE,                Case No.  2:22-cv-00329-JDP (PC)

12              Plaintiff,                   FINDINGS AND RECOMMENDATIONS
                                             THAT THIS ACTION BE DISMISSED FOR
13       v.                                  FAILURE TO PROSECUTE, FAILURE TO
                                             COMPLY WITH COURT ORDERS, AND
14   R. BURTON,                              FAILURE TO STATE A CLAIM

15              Defendant.                   OBJECTIONS DUE WITHIN FOURTEEN
                                             DAYS
16

17          On July 1, 2022, I screened plaintiff's complaint, notified him that it failed to state a

18   claim, and gave him thirty days to file an amended complaint.  ECF No. 6.  I also warned him that

19   failure to comply with the July 1 order could result in dismissal of this action.  *Id*. at 3.  Plaintiff

20   did not file an amended complaint.  Accordingly, on August 11, 2022, I ordered him to show

21   cause within twenty-one days why this action should not be dismissed.  ECF No. 7.  I notified

22   him that if he wished to continue with this action he must file, within twenty-one days, an

23   amended complaint.  I also warned him that failure to comply with the order would result in a

24   recommendation that this action be dismissed.  *Id*.

25          The deadline has passed, and plaintiff has not filed an amended complaint or otherwise

26   responded to the August 11, 2022 order.  Accordingly, it is hereby ORDERED that that the Clerk

27   of Court shall randomly assign a United States District Judge to this case.

28          Further, it is hereby RECOMMENDED that:

                                            1

1         1.  This action be dismissed for failure to prosecute, failure to comply with court orders,

2    and failure to state a claim, for the reasons set forth in the July 1, 2022 order.

3         2.  The Clerk of Court be directed to close the case.

4         I submit these findings and recommendations to the district judge under 28 U.S.C.

5    § 636(b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court,

6    Eastern District of California.  The parties may, within 14 days of the service of the findings and

7    recommendations, file written objections to the findings and recommendations with the court.

8    Such objections should be captioned "Objections to Magistrate Judge's Findings and

9    Recommendations."  The district judge will review the findings and recommendations under 28

10   U.S.C. § 636(b)(1)(C).

11

12   IT IS SO ORDERED.

13

    Dated:    October 4, 2022

14                                                        JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28